UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



**FILED**

MAY 31 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| KIRK J. NYBERG,<br><br>    Plaintiff - Appellant,<br><br> v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC,<br><br>    Defendant - Appellee. | No. 17-35315<br><br>D.C. No. 3:15-cv-01175-PK<br>U.S. District Court for Oregon, Portland<br><br>**ORDER** |

The briefing schedule previously set by the court is vacated.

On or before August 2, 2017, counsel is requested to contact the mediator to report on the status of the case.

FOR THE COURT:

Chris Goelz
Circuit Mediator

lw/mediation